UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIN E. HUETSON,<br><br>                Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>                Defendant. | Case No.: 2:18-cv-00888-RSM<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE** |

In accordance with their settlement, Plaintiff Erin E. Huetson and Defendant Standard Insurance Company hereby stipulate that this action has been fully resolved and respectfully ask the Court to dismiss this lawsuit and all claims with prejudice and without an award of fees or costs.

RESPECTFULLY SUBMITTED this 29th day of November 2018.

J. CUNNANE LAW OFFICE                          JENSEN MORSE BAKER PLLC

_____                 _____
Joseph M. Cunnane, WSBA # 25360                Sarah E. Swale, WSBA No. 29626
100 2nd Ave S.  #210                           1809 Seventh Avenue, Suite 410
Edmonds, WA  98020                             Seattle, WA  98104
Telephone: (425) 672-7100                      Telephone: (206) 682-1626
Facsimile: (4250 673-1884                      Facsimile: (206) 223-7107
joe@cunnanelaw.com                             sarah.swale@jmblawyers.com
Attorney for Plaintiff                         Attorney for Defendant

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

# **ORDER**

Having reviewed the parties' joint stipulated motion for dismissal with prejudice, the Court GRANTS the motion in its entirety and ORDERS that this lawsuit and all claims hereby DISMISSED with prejudice and without an award of fees or costs.

DATED this 4 day of December 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE